AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CALVIN B. JAMES,

    Petitioner,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: 4:18-cr-205
(4:24-cv-234)

THE UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 5, 2024, the petition brought pursuant to 28 U.S.C. § 2555 is hereby dismissed. This action stands closed.

Approved by: _/s/ R. Stan Baker_

December 16, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_/s/ Jamie Hodge_
(By) Deputy Clerk

GAS Rev 10/2020